FILED
CLERK, U.S. DISTRICT COURT

JUN 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHO, | NO. CV 07-3286-AHM(E) |
| Petitioner, | |
| v. | JUDGMENT |
| D.K. SISTO, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: June 27, 2008.

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE